UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

REVEREND BECK, Ph.D.,

      Plaintiff,

v.                                            **ORDER**
                                               Civil File No. 04-686 (MJD/JJG)

TIM PAWLENTY, ET AL.,

      Defendants.
_____

Reverend Beck, Ph.D., Pro Se.

Mark B. Levinger, Assistant Minnesota Attorney General, Counsel for Defendants.
_____

**I.    INTRODUCTION**

      The above-entitled matter comes before the Court pursuant to an objection to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham, dated July 18, 2006. Petitioner Beck filed timely objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court adopts the Report and Recommendation dated June 18, 2006.

      Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that

1) The Magistrate Judge's Report and Recommendation dated July 18, 2006 [Docket No. 117] is hereby **ADOPTED.**


Dated: August 29, 2006                          s / Michael J. Davis
                                                Judge Michael J. Davis
                                                United States District Court