UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beck, | Civil No. 04-686 PJS/SRN |
|     Plaintiff, | |
| v. | ORDER |
| Worlali M. Nutakor, Ayodele Ayedun, and Jane Doe, | |
|     Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 6, 2008 [Docket No. 141]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendants Worlali M. Nutakor, Ayodele Ayedun, and Jane Doe are **DISMISSED WITHOUT PREJUDICE.**

2. This matter is DISMISSED in its entirety.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 25, 2008.

                                                        s/Patrick J. Schiltz
                                                        Patrick J. Schiltz
                                                        United States District Judge